UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62726-Civ-SCOLA

CATLIN SPECIALTY INSURANCE CO.,

    Plaintiff,

v.

KCC SECURITY SERVICES, LLC et al.,

    Defendants.

_____/

**ORDER REQUIRING STATUS REPORT**

    THIS MATTER is before the Court upon an independent review of the record. The Plaintiff recently filed a notice of settlement as to some Defendants. Much earlier in the case, a Clerk's Default was entered as to several other Defendants. The Court also previously allowed Plaintiff additional time to perfect service upon some Defendants. Because no Defendant has responded to the Complaint, the parties have not had occasion to submit a Joint Report and, consequently, no Scheduling Order is in place. This state of affairs leaves the Court concerned about the status and timely resolution of this case.

    In order to keep the Court apprised on the status of this case and to ensure it is being properly prosecuted, the Plaintiff shall file a Status Report by **November 21, 2012** indicating: (1) the status of service upon each of the Defendants and whether any Defendants have yet to be served; (2) whether each Defendant has responded to the Complaint and, if not, whether a Clerk's Default has been obtained as to each Defendant; (3) the Defendants with whom a settlement has been reached; and (4) what remains to be done in this case, what steps Plaintiff is undertaking to do it, and when Plaintiff expects this case to conclude and/or be ripe for entry of a Scheduling Order. Plaintiff shall send a copy of this Order to each Defendant and shall file a Notice with the Court indicating that Plaintiff has done so.

    **DONE and ORDERED** in chambers, at Miami, Florida, on November 15, 2012.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies to: *Counsel of record*